IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


Keystone Specialty Services, Co.                    )
                              Plaintiff             )
                                                    )
vs                                                  ) Civil No. 00-745
                                                    )
Firstenergy Corp., et al                            )
                              Defendant             )


## ORDER OF COURT

AND NOW, to wit, this $\mathcal{26}$ day of June, 2006, it appearing to the Court that the above-

captioned case has been terminated with no appeals pending and upon agreement of counsel, IT

IS HEREBY ORDERED that the following pleading, impounded in the Office of the Clerk of

Court be destroyed by the Clerk:

   Document: Arbitration Award


Gary L. Lancaster
U.S. District Judge